UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

FILED

MAR 28 2023

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) 1:23-cr- 31 |
| v. | ) |
| | ) Judge Collier |
| | ) |
| SPENCER MCPHERSON | ) Magistrate Judge Lee |

# INDICTMENT

## COUNT ONE

The Grand Jury charges that on or about June 28, 2022, in the Eastern District of Tennessee, the defendant, **SPENCER MCPHERSON**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and the firearm was shipped and transported in and affected interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

### *Enhanced Penalties*

Before the defendant, **SPENCER MCPHERSON**, committed the offense charged in Count One, the defendant had at least three previous convictions for violent felonies, which were committed on occasions different from one another to wit:

- Aggravated Assault committed on August 22, 2012;

- Domestic Aggravated Assault committed on August 27, 2012; and

- Domestic Aggravated Assault committed on May 26, 2014;

as a result, the defendant is subject to an enhanced penalty, pursuant to, Title 18, United States Code, Section 924(e)(1).

Page **1** of 3

## Forfeiture Allegations

1. The allegation contained in Count One of this Indictment is hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 922(g)(1), the defendant, **SPENCER MCPHERSON**, shall forfeit to the United States any firearms and ammunition involved in the commission of the offense, including, but not limited to the following:

- Taurus, Model G2c, 9-millimter pistol
- Glock, Model 45, 9-millimter pistol

3. If any of the properties described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property that cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

███████████████████
FOREPERSON OF THE GRAND JURY

FRANCIS M. HAMILTON III
United States Attorney

By: /s/ Kevin T. Brown
Kevin T. Brown
Assistant United States Attorney

Page **3** of **3**