Dear Honorable Judge Curtis L. Collier,
My name is Jameshea Beamon the girlfriend of Spencer McPherson and also the mother of his 3 children. I am writing this letter to inform you that me and McPherson has been in a relationship since highschool and we currently still together. Unfortunately in 2012 things and time begun to get rough for us while going through the pregnancy of our first child. We had our differcenes, problems like any other relationships mainly we were both immature which led us to making poor decisions that would result in McPherson catching charges against my mother (Tara Pines.) and myself. I only went to court because I was young and misguided and didn't my rights. McPherson was sent off to prison for a couple years I visited him and we also stayed in contact with each other. We overcame our problems and when he was released my family, his family and everyone around saw the change, and the man in which he had became while incar-cerated. Despite his past mistakes he came home and was a great father and always has been. We've had two more

children since his release. I pray and hope the courts and judge would take this letter into consideration because Mcpherson payed his debt to society and served his time in full and the old charges should not be used against him in this new case. We have 3 sons together now that really needs thier father here in their life to raise them up and lead them in the right path so that they will not make the same mistakes Mcpherson made. It is so hard being a black mother trying to raise 3 young men without their father being around. If noune else needs Mcpherson his children needs their father. I am doing the best I can with rising and taking care of my children but I can not teach them how to be young men they need their father! Too many of our black fetthers are lost in the system and I believe that is what is causing the younger generation to grow up in poverty and that is not what I want my sons to go through. I would really appreciate if you could take this letter inconsideration and that my kids father Mcpherson could be sentenced without the enhanced

Respectfully,
Jeineshia B.

Jameshia Beamon
234 Water St. Chatt, TN
37410



Curtis L. Collier
900 Georgia Ave
Chattanooga TN, 37402

37402-223692