**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**At Chattanooga**

UNITED STATES OF AMERICA,

     Plaintiff,

                              No. 1:23-Cr-031-CLC-SKL

     v.

SPENCER MCPHERSON,

     Defendant.

### UNOPPOSED MOTION TO EXTEND DEADLINE

Defendant Spencer McPherson, through undersigned counsel, respectfully requests this Honorable Court to allow additional time to Reply to the Government's Response to Mr. McPherson's Motion to Dismiss.

Mr. McPherson filed a Motion to Dismiss Indictment on August 8, 2023. Doc. 17. The government filed their Response on September 11, 2023. Doc. 18. Any Reply from Mr. McPherson is currently due October 18, 2023. Doc. 24. However, Mr. McPherson needs additional time in which to respond to the Government's Reply and consult with an expert. Thus, he respectfully requests an extension of two weeks. This request is not made for the purpose of undue delay but to provide effective assistance of counsel to Mr. McPherson. Assistant United States Attorney Kevin Brown does not object to this extension.

                    Respectfully submitted,

                    FEDERAL DEFENDER SERVICES
                    OF EASTERN TENNESSEE, INC.

                    By:   /s/ *Myrlene R. Marsa*
                        Myrlene R. Marsa
                    Assistant Federal Defender
                    605 Chestnut Street, Suite. 1310
                    Chattanooga, Tennessee 37450
                    Myrlene_Marsa@fd.org
                    (423) 756-4349
                    TN Bar # 16798