# Anticipated Length of
# Sentencing or Revocation Hearing

*Please email completed form to collier_chambers@tned.uscourts.gov*
*(i) on or before the **deadline for objections** as to sentencing hearings, or*
*(ii) at least **fourteen (14) days** before any post-judgment revocation hearing.*

*If your estimate changes substantially, please send an update to the email address above*
*no later than **three (3) days** before the hearing.*

| | | | |
|---|---|---|---|
| Case No.: | | Completed by: | |
| Defendant: | | Attorney for: | |
| Hearing Date: | | Form Date: | |

| | Yes | No |
|---|---|---|
| Will the hearing take more than twenty minutes? | | |
| Do you expect to call witnesses? | | |
| Total length expected: | | |

| | |
|---|---|
| Comments (if any): | |