# U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

**JUDGMENT:** Case No. 1:23-cr-00031-CLC-MJD-1 USA v. Spencer McPherson

**PRESENT:** Honorable Curtis L. Collier ☑U.S. District Judge **OR** ☐U.S. Magistrate Judge

Kevin Brown | Martin Wayne Lester | Lindsey Pasko
Assistant U.S. Attorney | Attorney for Defendant | Probation Officer

Barbara Lewis | Elizabeth Coffey |
Courtroom Deputy | Court Reporter | Interpreter ☐ **SWORN**

**PROCEEDINGS:** ☑ Plea agreement accepted by Court ☑ PSR guidelines are ☑ accurate ☐ as modified ☑ PSR SEALED

☑ Govt/Deft motion for downward departure: ☐granted ☐denied    Govt motion for third point reduction for acceptance of
upward departure: ☐granted ☐denied    responsibility ☐granted ☐denied
non-guidelines sentence: ☑granted ☐denied

☑ Deft speaks **OR** ☐ Deft declines to speak    Document(s) all except PSR ☑unsealed ☐remain sealed

**TESTIMONY BY:** _____

☐Exhibits attached to minutes    ☐Exhibits in vault

**IMPRISONMENT:** 115 _____ **MONTHS on COUNT(s)** One: This sentence shall run concurrently with any sentence imposed in the defendant's

pending Hamilton County (TN) General Sessions Court cases, Docket Numbers 1879357 through 1879363 and with with any sentence imposed in the defendant's pending Hamilton County (TN) General Sessions Court cases, Docket Numbers 1879451 and 1879452.
_____

**SUPERVISED RELEASE/PROBATION:** 3 _____ **YEARS on COUNT(s)** One of the Indictment _____

**CONDITIONS OF SUPERVISED RELEASE/PROBATION:**

☑ report to Probation Officer w/in 72 hrs of release
☑ not commit another federal, state or local crime
☑ abide by standard conditions on Local Rule 83.10
☑ not possess a firearm or other destructive device
☑ not illegally possess or use a controlled substance
☑ participate in collection of DNA
☑ submit to search
☐ perform _____ hours of community service
☐ comply with any BICE deportation orders
☑ participate in program of mental health treatment/anger management and waive all rights to confidentiality regarding treatment
☐ comply with Local Rule 83.10 - Sex Offender Treatment

☐ pay any financial penalty due
☐ provide Probation Office w/access to any required financial info
☐ not incur new credit charges or open additional lines of credit
☐ no contractual agreements which obligate funds
☐ not be employed in position of trust
☑ participate in program of testing/treatment for drug/alcohol abuse
☐ wear electronic device and pay for service at prevailing rate
☐ maintain telephone w/out any special services or devices
☐ report to nearest probation office w/in 48 hrs of reentry in the U.S.

**OTHER CONDITIONS:** _____

☑ Court recommends deft receive 500 hours substance abuse treatment from the BOP's residential drug treatment program

**OTHER RECOMMENDATIONS:** mental health evaluation and receive any treatment necessary; be considered for placement in UNICOR; placed at FCI Talladega _____

**RESTITUTION:**

☐ Interest Waived    ☐ No further payment required after sum of amounts paid by all defts has fully covered compensable injury

**FINE:** _____ **OR** ☐ Waived **SPECIAL ASSESSMENT:** $100.00 ☑ Payment due immediately ☐ Interest waived

☑ Court waived fine due to deft's inability to pay    ☑ Deft informed of right to appeal    ☐ Remaining counts dismissed

Deft ☐ remanded to custody of U.S. Marshal ☑ remained in custody ☐ remained on bond

Deft to self-report on or before _____ at _____

Time: 2:35 _____ to 3:35 _____    Date: 2/11/2026 _____

Rev. 3/10