Attention: Clerk of Court                05/18/2026
In Regards: Sentence computation unavailable
From: Spencer McPherson #51411-510
        U.S.P Canaan
        P.O. Box 300
        Waymart, PA 18472

FILED

MAY 27 2026

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

To whom it may Concern,
  From March 29, 2023 (Ive been in U.S. Federal Custody) through February 11, 2026 in which i was then sentenced in case No. 1:23-cr-00031-CLC-MJD-(1). However since my arrival here at U.S.P Canaan, The Bureau of Prisons (F.B.O.P) has been unable to access Sentencing Computation Information for me in the system.

May your office please foward Sentencing information inrelations to the above case to the address provided above also.

                Thank You
                Spencer McPherson



U.S.P Canaan
P.O. Box 300
Waymart, PA 18472

HARRISBURG PA 171
20 MAY 2026 PM

(Legal mail)

Federal courthouse (clerk of court)
900 Georgia #442
Chattanooga TN 37402

37402-224299

legal mail

legal mail

legal mail

legal mail